```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                  FORT WORTH DIVISION
```

RANDY PHILLIPS,                §
    Petitioner,           §
                           §
VS.                            §   CIVIL ACTION NO.4:04-CV-921-Y
                           §
COLE JETER, Warden,            §
FMC-Fort Worth,                §
    Respondent.            §

<u>FINAL JUDGMENT</u>

Pursuant to an Order issued this same day, and Federal Rule of Civil Procedure 58:

It is hereby ORDERED, ADJUDGED, and DECREED that Petitioner's Petition for Writ of Habeas Corpus be, and is hereby, DENIED.

It is further ORDERED that all costs of court are taxed against the party that incurred them.

SIGNED April <u>26</u>, 2005.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE